### G. DARNELL v. STATE. (No. 12041.)

Court of Criminal Appeals of Texas. Jan. 9, 1929.

Wynne & Wynne, of Kaufman, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The conviction is for the unlawful sale of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is ordered dismissed.

### J. F. DOGGETT v. STATE. (No. 12335.)

Court of Criminal Appeals of Texas. Jan. 2, 1929.

S. C. Coffee, of Albany, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The offense is driving an automobile upon the public road while under the influence of intoxicating liquor, as denounced by article 802, P. C. 1925; punishment fixed at a fine of $300 and confinement in the county jail for a period of 90 days.

There is an absence of bills of exceptions or statement of facts. The proceedings, so far as revealed by the record, appear regular.

The judgment is affirmed.

### Bob GARDNER v. STATE. (No. 12358.)

Court of Criminal Appeals of Texas. Jan. 9, 1929.

Tipps & Puckitt, of Dallas, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The offense is robbery; punishment fixed at confinement in the penitentiary for a period of not less than 5 nor more than 15 years.

There is an absence of statement of facts and bills of exceptions. No fundamental error or irregularity in the trial justifying a review is disclosed by the record.

The judgment is affirmed.

### J. T. GREENSLADE v. STATE. (No. 12341.)

Court of Criminal Appeals of Texas. Jan. 9, 1929.

W. J. Oxford, of Stephenville, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for possessing intoxicating liquor for purposes of sale; punishment, one year in the penitentiary.

The record is here without any statement of facts or bills of exception. The proceedings appearing regular in all particulars, an affirmance will be ordered.